ACCEPTED
06-14-00233-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/23/2015 4:02:16 PM
DEBBIE AUTREY
CLERK

## No. 06-14-00233-CR

| | | |
|---|---|---|
| **TRAVIS SHANE BROWN** | § | **IN THE SIXTH DISTRICT** |
| **V.** | § | **COURT OF APPEALS** |
| **THE STATE OF TEXAS** | § | **AT TEXARKANA, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/26/2015 4:02:16 PM
DEBBIE AUTREY
Clerk

### ON APPEAL FROM
### CRIMINAL DISTRICT COURT NO. 3
### OF DALLAS COUNTY, TEXAS
### IN CAUSE NO. F14-18343-J

## MOTION TO WITHDRAW AS COUNSEL ON APPEAL

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the undersigned attorney, and respectfully requests that she be discharged as the attorney of record for the Appellant. In support of this motion the undersigned attorney would show the Court the following:

### I.

The Appellate Division of the Dallas County Public Defender's Office was appointed by the trial court to represent Appellant in the appeal of this conviction. The undersigned attorney is the attorney assigned to the case.

### II.

After a full review of the record in this cause, the undersigned attorney is of the opinion that there are no arguable points of error or issues upon which an appeal can be predicated. The undersigned attorney has filed an *Anders* brief with this Court in support of this motion to withdraw.

### III.

The undersigned attorney has informed Appellant that, in her professional

opinion, the appeal is without merit. The undersigned attorney has also explained that Appellant has the right to review the record and file a pro se brief if he so desires and has sent Appellant a copy of the record. Appellant has also been informed by the undersigned attorney that he may request an extension of time from this Honorable Court to file a pro se brief if he so desires.

**IV.**

Appellant's last known address is:

Travis Shane Brown

TDCJ #01958914

Hutchins State Jail

1500 East Langdon Road

Dallas, Texas 75241

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney prays that this Court will grant this Motion to Withdraw as Counsel on Appeal in the above entitled and numbered cause.

Respectfully submitted,

Lynn Richardson
Chief Public Defender

/s/ Julie Woods
Julie Woods
Assistant Public Defender
State Bar No. 24046173
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, Texas 75207-4399
(214) 653-3550 (telephone)
(214) 875-2363 (fax)
Julie.Woods@dallascounty.org

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the Dallas County Criminal District Attorney's Office (Appellate Section), 133 N. Riverfront Blvd., LB-19, 10th Floor, Dallas, Texas 75207, by eServe on January 23, 2015.

/s/ Julie Woods
Julie Woods